JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA MARKS, | ) NO. CV 15-9071-BRO (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA INSTITUTE FOR WOMEN, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 13, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1